# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| JASON CHURCH and KATIE CHURCH, | ) ) ) Case No. 3:10-2741 CMC |
| Plaintiffs, | ) ) |
| vs. | ) ) ) **NOTICE OF DISMISSAL** |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

Now come the Plaintiffs, JASON CHURCH and KATIE CHURCH, by and through their attorney, and hereby advises the Court that they are dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

Respectfully submitted,

/s/ James M. Ervin
James M. Ervin
Attorney for Plaintiffs
Luxenburg & Levin, LLC
600 Columbia Avenue
Lexington, SC  29072
(888) 493-0770, ext. 308 (phone)
(866) 551-7791 (facsimile)
James@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ James M. Ervin
James M. Ervin
Attorney for Plaintiffs
Luxenburg & Levin, LLC
600 Columbia Avenue
Lexington, SC  29072
(888) 493-0770, ext. 308 (phone)
(866) 551-7791 (facsimile)
James@LuxenburgLevin.com